IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

RODOLFO W. HERRERA PORTILLO,

        Plaintiff,

v.

CLAYTON LANCE; LARRY R. ROLOFF,

        Defendants.

Case No. 3:19-cv-00222-MK

ORDER

MCSHANE, Judge:

Magistrate Judge Mustafa T. Kasubhai filed a Findings and Recommendation (ECF No. 4), and the matter is now before this Court on Plaintiff's objections. *See* 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72(b). I review *de novo*. *United States v. Bernhardt*, 840 F.2d 1441, 1445 (9th Cir. 1998). I find no error and conclude the report is correct.

Magistrate Judge Kasubhai's Findings and Recommendation (ECF No. 4) is adopted in full. The case is dismissed with prejudice.

IT IS SO ORDERED.

DATED this 24th day of May, 2019.

                                            s/Michael J. McShane

                                            Michael McShane
                                            United States District Judge

1 –ORDER